# EXHIBIT A

1    Q    Okay.  Did you feel like it was part of your

2    duty to try to make sure that Mary Faidengold understood

3    what you were trying to do and why?

4    A    Again, I don't remember the specifics, but I

5    could tell you that would be something which would be a

6    normal course of, you know, meeting with a client, is

7    to explain what it is and why.

8    Q    Okay.  Do you recall whether a demand letter

9    that had been received by the Faidengolds was discussed

10   during your meeting?

11   A    I don't recall if it was received by the

12   Faidengolds or by Moises, but there was a letter which

13   was discussed.

14   Q    Okay.  I can tell you because I deposed Mary

15   Faidengold that she, in fact, testified that she had

16   seen the demand letter from Mr. Bared.

17        THE COURT REPORTER:  Can you spell that?

18        MR. WERMUTH:  B-A-R-E-D.  All right.  Go ahead

19        and mark this as an exhibit.

20        THE COURT REPORTER:  One.

21             (Thereupon, Plaintiff's Exhibit 1

22             was entered into the record.)

23   Q    (By Mr. Wermuth) I'm showing you what's been

24   marked as Plaintiff's Exhibit No. 1.  Do you recall

25   having seen Plaintiff's Exhibit No. 1, the demand

1    **letter?**

2         A    I don't remember the letter -- if this is the

3    letter but I remember the subject matter, so yes.

4         **Q    Okay.  And that was discussed during that**

5    **meeting in March of 2010?**

6         A    Yes.

7         **Q    Do you recall what Mary -- what, if anything,**

8    **Mary told you?**

9         A    I did not recall -- I do not recall if she spoke

10   about it even.

11        **Q    But it was discussed during the meeting?**

12        A    It was discussed primarily with Moises, yes.

13        **Q    In her presence, in Ms. --**

14        A    Yes.

15        **Q    -- Mary Faidengold's presence?**

16        A    Yes.

17        **Q    All right.  Was this what's referenced in this**

18   **demand letter, this claim about an investment scheme,**

19   **the reason you recommended the family limited**

20   **partnership?**

21        A    It was a consideration but there are other

22   reasons for recommending it.

23        **Q    Okay.  What other reasons, if any, did you**

24   **have for recommending the family limited partnership to**

25   **the Faidengolds?**

1      A      Just part of the estate planning so they

2  can -- just part of the overall estate planning.

3      **Q      The -- what were the factors that you took**

4  **into account in structuring the family limited**

5  **partnership.**

6      A      I really don't even recall.  I -- again, much

7  of it is boilerplates, so I don't -- I don't recall

8  specifically, you know, what was unique to them.

9      **Q      If there's a husband and wife, is it standard**

10  **to have -- appoint one, either the spouse or whichever**

11  **spouse, husband or wife, as a sole representative of the**

12  **family limited partnership as opposed to both spouses**

13  **having --**

14          MR. MARTINEZ:  Object to form.  Go ahead and

15          answer if you can.

16      **Q      (By Mr. Wermuth) -- capacity?**

17      A      Okay.  Again, I don't recall the exact

18  circumstances, but as -- and I don't recall the age of

19  their children.  There's a general rule it's customary

20  that, if -- if possible, neither husband or wife are the

21  managers of the entity.  Generally prefer it to be a

22  child or someone but I don't -- my recollection might be

23  that their children are too young.

24      **Q      Okay.  Why don't you take a took at your files**

25  **here and refresh your memory as to what structure you**

1    **partnership was because you had seen this or -- this**

2    **demand letter that's Exhibit 1 and discussed it with the**

3    **Faidengolds.**

4          MR. MARTINEZ:  Objection.  Mischaracterizes

5          his testimony.  I think he said part of the

6          situation.

7     A    Yeah.  I would recommend the limited

8    partnership to every client.  You know, it's not every

9    client who wants to spend any additional funds to do it,

10   but I think it's a valid estate planning vehicle really

11   for everyone, for both estate tax purposes, protection

12   purposes, gift tax purposes, whatever.  So, you know,

13   I'm sure -- I shouldn't say I'm sure, but I would

14   speculate that I probably recommended it when I first met

15   Moises, you know, because it's something I would discuss

16   with -- with most every client.

17    **Q    Well, in this case, when the Faidengolds**

18   **showed up for their appointment with you of -- on or**

19   **about March 14th, 2010, was this demand letter one of**

20   **the first things that was brought up?**

21    A    I don't recall if it was or was not.

22    **Q    Now, after having seen the demand letter**

23   **during the meeting and discussed it and recommending the**

24   **family limited partnership, would there have been a**

25   **reason why -- other than the reasons you've mentioned**

1      with respect to the organizational structure of the

2      family limited partnership suggested that Mary

3      Faidengold be the person to act on behalf of the family

4      limited partnership to avoid having whatever assets that

5      are in the name of this family limited partnership subject

6      to claims against Moises?

7           A    Yeah.  I don't think that was -- it was ever

8      discussed that if she was the manager that the assets

9      wouldn't be subject to -- would or would not be subject

10     to claims.  I don't think that was ever discussed.

11          Q    Were the risks of that happening discussed at

12     all?

13          A    I don't recall.

14          Q    Is that something you normally discuss with a

15     client -- the risks about even though you've set -- a

16     client may have set up a -- an asset protection vehicle

17     such as the family limited partnership and it doesn't

18     mean that those assets would be necessarily 100%

19     protected?

20               MR. MARTINEZ:  Objection to form.

21          A    Okay.  Let me -- yeah -- put it this way.  I

22     wouldn't call it an asset protection vehicle because

23     there are multiple other reasons to create it, but I'm

24     a lawyer just like you.  Of course, I tell somebody that

25     when I'm doing something, there are always risks that

1      someone couldn't -- you know, a Court can reinterpret

2      something or rule on something differently.

3           Q    (By Mr. Wermuth) I'm asking because -- again,

4      my questioning today has to do with Mary.

5           A    Yes.

6           Q    You know, I don't want to get involved with

7      Moises.  And she was present.  I need to understand what

8      was discussed during this meeting.  Why was it

9      discussed?  What was the basis for after having done the

10     standard package of a estate planning, we have a vehicle

11     or -- and it's the -- such as a limited liability

12     partnership.  That's the reasons for these questions.

13          A    Okay.  You know, I can't -- you know, I can't

14     speculate.  It would only be a speculation as to why would --

15     why someone would want to do something, you know.

16          Q    Well, you're receiving input from your clients

17     and you were making a recommendation based on the input.

18     You had seen a demand letter dated March 9th, 2010,

19     which is Exhibit 1, and within a few days, the

20     Faidengolds are in your office --

21          A    Right.

22          Q    -- and there's a discussion about -- or at

23     least the recommendation came about of this family

24     limited partnership?

25          A    We -- you know, obviously, it was discussed in

1    the context of the letter but -- again, it was discussed

2    in generalities and as to other -- other benefits of

3    creating the structure.

4        Q    Do you know why you were designated as a

5    witness -- a trial witness in the case against Moises

6    and Mary Faidengold?

7        A    No.

8        Q    Okay.  Did you know that you are designated as

9    a witness -- trial witness?

10       A    I got your subpoena.

11       Q    Okay.  How about the assets of the family

12   limited partnership, were they ever discussed during

13   your meeting?

14       A    I'm sure they were.

15       Q    Okay.  What is your normal course of business

16   or -- you know, with respect to recommendations

17   regarding assets or funding a limited family

18   partnership?

19       A    Generally, my recommendation is to transfer

20   all assets except for certain types of assets such as

21   Homestead, IRA, Subchapter S corporation stock.

22       Q    Well, did the Faidengolds ever end up signing

23   that will, the revocable trust, the durable powers, the

24   health care surrogates and living will?

25       A    I don't recall.  I don't recall.

# EXHIBIT B

# BARED & ASSOCIATES, P.A

### ATTORNEYS AND COUNSELORS AT LAW

1500 San Remo Avenue
Suite 248
Coral Gables, FL 33146
TELEPHONE—(305) 666-6010 FAX (305) 666-2831
PBARED@BAREDLAW.COM

March 9, 2010

**Via Certified Mail**
**Return Receipt No.**
7008 1300 0000 7830 9031 &
Email mfaidengold@med-group.us

Moises Faidengold
c/o Med-Signs Medical Equipment Corp.,
7766 NW 46th Street
2nd Floor
Miami, Florida 33166

### DEMAND LETTER

Re:    Investment of Diana Escorihuela
       Our File Number 982

Dear Mr. Moises Faidengold:

Please be advised that the above referenced Law Firm represents the interest of Diana Escorihuela. In connection therewith Demand is hereby made that you immediately tender over the sum of $900,000.00 which you have failed and refused to pay over. Notwithstanding Demand by our client for same.

We understand that you procured the investment funds from our client and others similarly situated under your claim to invest said funds in securities in the U.S. with guaranteed 12%-14% return on her investment. Our initial research reveals that you are not a registered securities broker.

Your failure or refusal to immediately deliver a cashiers check for said amount to our law office will leave our client no alternative but to seek legal recourse in our Courts including but not limited to compensatory and punitive damages together with attorney fees and costs resulting from various causes of actions for damages sustained thereby.

PLEASE GOVERN YOURSELF ACCORDINGLY.
BARED & ASSOCIATES, P.A.
ATTORNEYS FOR DIANA ESCORIHUELA


Pablo R. Bared, Esq.
PRB/amg
cc: Diana Escorihuela

# EXHIBIT C

1          marked as Plaintiff's Exhibit 15.

2               A     Okay.

3               Q     Had you recognized Plaintiff's Exhibit 15?

4               A     I see it's a check.

5               Q     A check to Lamonte, Neiman, Interior and

6          Bellet?

7               A     Yes.

8               Q     Do you know who that is?

9               A     That's an attorney firm.

10              Q     All right.  Did you go to see that firm on or

11         about March 17th, 2010?

12              A     Around that time, yes.

13              Q     Why did you go to see that firm about that

14         time?

15              A     My husband received a letter.  I can give you

16         the same letter that we spoke about before.  And he

17         asked me --

18              Q     Plaintiff's Exhibit No. 1?

19              A     Yes.

20              Q     Okay.  From Mr. Bared, the demand letter?

21              A     Yes.  And this is the attorney he went to

22         visit and he asked me to go with him.

23              Q     So, you went and met with these attorneys?

24              A     Yes.

25              Q     And that was on or about March 17th, 2010?

```
 1        A    No.  It was probably before then.
 2                      (Thereupon, Exhibit 16 was entered
 3                      into the record.)
 4        Q    (By Mr. Wermuth) I'm showing you what's been
 5   marked as Plaintiff's Exhibit 16.
 6        A    Okay.
 7        Q    Do you recognize Plaintiff's Exhibit 16?
 8        A    Yes.
 9        Q    Okay.  What is it?
10        A    It's the -- the limited -- Double M
11   Management, LLC.
12        Q    Did the attorneys that you went to see -- and
13   we just saw the check for it -- is that, Lamonte,
14   Neiman, they were the ones that formed this company,
15   that's shown in Plaintiff's 16?
16        A    Yes.
17        Q    All right.  And this -- as shown in
18   Plaintiff's 16, the name of the company is Double M
19   Management, LLC?
20        A    Yes.
21        Q    Are you the owner of Double M Management, LLC?
22        A    I'm the only partner.
23        Q    Okay.  Are you the only person involved in
24   Double M Management, LLC?
25        A    Yes.  From what I understand, yes.
```

```
1          Q    So, you're the only owner?

2          A    I'm the only partner in this company.

3          Q    When you say "partner" --

4          A    I'm the manager.

5          Q    When you say "partner", you mean the only one

6     that owns this company?

7          A    To my understanding.  I'm not a -- an expert.

8          Q    What's the purpose of this company?

9          A    The company was created based on the advice of

10    Mr. Neiman for estate planning purposes.

11         Q    When did you decide that you wanted to start

12    with estate planning?

13         A    My husband started about -- probably two years

14    prior to that -- to that visit.

15         Q    But I understand, this company, as shown on

16    Plaintiff's Exhibit 16, is just for you, correct?

17         A    This?  Yes.

18         Q    And it was formed on March 25th, 2010?

19         A    And that's what it says here, yes.

20         Q    So, you went to see Lamonte Neiman a little

21    bit before that on March of 2010 and then you formed

22    this company, Double M Management, LLC?

23         A    He did it -- he did it as part of the estate

24    planning.

25         Q    And Double M Management, LLC is still active?
```

58

1        A     Yes, sir.

2                        (Thereupon, Exhibit 17 was entered

3                        into the record.)

4        Q     (By Mr. Wermuth) I'm showing you what's been

5     marked as Plaintiff's Exhibit 17.  Do you recognize --

6              MR. MARTINEZ:  Do you have a copy?

7              MR. WERMUTH:  Oh, sorry.  That's what happened.

8        I was thinking why I had an extra copy.

9        A     Yes.

10       Q     (By Mr. Wermuth) What is it?

11       A     This is the annual report that is done once a

12    year.

13       Q     For Double M Management, LLC.

14       A     Yes.

15       Q     Did you file it?

16       A     Yes.

17                        (Thereupon Exhibit 18 was entered

18                        into the record.)

19       Q     (By Mr. Wermuth) I'm handing you what's been

20    marked as plaintiff's Exhibit 18.

21       A     Okay.

22       Q     Do you recognize it?

23       A     Yes.

24       Q     And what is it?

25       A     This is the -- the form or the bank account

# EXHIBIT D

JoB # ████ 699

April 5, 2010

I, Mary Faidengold, authorized agent for Double M. Management LLC authorized the acceptance of the Margin debit balance ($419619.44) from account ████ 197 to be transferred to account # ████ 754.

If you should need additional information, please contact me at 305.803.7003.

Thank you,

X_____

Mary Faidengold, authorized agent for Double M. Management LLC

# EXHIBIT E

```
 1          Q    Okay.  So, you think there's probably three
 2     partners in Le Soleil and then only two partners in the
 3     other three companies?
 4          A    Well, in the imaging, I think there are three
 5     partners, too.
 6          Q    Oh, who's the other one in Imaging?
 7          A    Mr. Katan.
 8          Q    Okay.  Anyone else that's a partner in
 9     anything?
10          A    Not that I know.
11          Q    Okay.  You know what, if we take a quick
12     break, I'll know whether I'm done.  I think I'm
13     done, I just want to make sure.
14               MR. MARTINEZ:  Sure.
15          A    I will be here.
16                    (Thereupon, a short break was
17                    taken.)
18                    (Deposition resumed.)
19          Q    (By Mr. Wermuth) Do you know, more or less,
20     how much on a monthly basis your family will spend?
21          A    Right now -- right now, I know.
22          Q    Okay.  How much then?
23          A    I would give an idea of -- in household
24     expenses, without the house or with -- or everything we
25     need.  Without the house, it would be like
```

```
 1      $2,800-something around that figure.
 2           Q    $2,800?  Plus, the mortgage?
 3                THE COURT REPORTER:  Is that a yes or no?
 4           A    Yes.
 5           Q    (By Mr. Wermuth) Okay.  And how much is the
 6      mortgage?
 7           A    About -- probably around $4,000.  Something
 8      around that figure.
 9           Q    Okay.
10           A    And then there are whatever extras -- one
11      month, we have to pay the association or taxes or -- I
12      don't know what else.  There's always something the tax
13      in the car --
14           Q    But generally, around $2,800 plus the
15      mortgage?
16           A    Without the things that you don't pay every
17      month.
18           Q    Okay.
19           A    That's it.
20           Q    Back in 2007, do you know how much it was?
21      Any idea?
22           A    No.
23           Q    2008?  2009?
24                THE COURT REPORTER:  I need you to say yes or
25           no.
```

110

```
1         A    No.
2         Q    (By Mr. Wermuth) Oh, that's true.
3         A    Sorry.
4              MR. WERMUTH:  Okay.  Yeah.  You're right.
5         A    Okay.
6              MR. WERMUTH:  -- I'm hungry.
7         Okay.
8         A    Sorry.
9         Q    (By Mr. Wermuth) Let me ask the questions
10    again because I went right through them.
11        A    Okay.  I'm sorry.
12        Q    Did you know back in 2007, how much --
13        A    No.
14        Q    -- on a monthly basis?
15        A    No.
16        Q    Did you know in 2008?
17        A    No.
18        Q    In 2009?
19        A    No.
20        Q    2010?
21        A    Yes.
22        Q    Why the change?  Why did you suddenly know?
23        A    Because in 2010, after -- I would say March or
24    April or May when I started working, I started paying
25    the monthly bills.
```

1      Q    And that was different then when you were

2   working before?

3      A    Yeah.  I never took care of the bills.

4      Q    Okay.  And 2010, was it roughly the same,

5   around $2,800 plus the mortgage?

6      A    I don't recall, but -- I don't recall exactly.

7      Q    Do you recall having to cut any expenses?

8      A    Oh, yes.

9      Q    Okay.

10     A    It probably was a little bit more.  Not a huge

11  more, but maybe $400 less a month now than then, or

12  $300.

13     Q    Why did you start having to pay the monthly

14  bills in March or April, whatever it was, when you

15  started working?

16     A    Because my husband didn't have the ability to

17  pay it that's why I start paying.

18     Q    Is your husband still unable to pay the

19  monthly bills?

20     A    I'm paying the monthly bills as much as I can.

21          MR. WERMUTH:  I have no further questions.

22          MR. MARTINEZ:  I have about a couple of hours

23     of questions.  No, I'm just joking.

24          MR. WERMUTH:  All right.  We're done.

25          THE COURT REPORTER:  Will the witness read or

# EXHIBIT F

# Estatus

De:   **Moises Faidengold** (mfaidengold@med-group.us)

Enviado: viernes, 20 de junio de 2008 15:30:18

Para:   diana escorihuela (descorihuela@hotmail.com)

Datos adjuntos:

Diana Escorihuela Promissory Note 400K.pdf (414,4 KB)

Buen día Diana,

Anexo encontraras el nuevo recibo por concepto de los 400 mil dólares colocados. El original lo tengo en mi poder y te lo entregare en tus manos una vez que me visites la semana próxima cuando estés por aquí.

Por otro lado, la semana próxima hare un deposito correspondiente al mes de Junio, este depósito es algo diferente y te lo describo a continuación:

Pago mensual por 1% de los 150 mil =          1,500.00

Pro rata de 150 mil adicionales x 21 días=      1,035.62

Pro rata de 100 mil adicionales x 20 días=       657.53

Total_                    3,193.15

Adicionalmente, al ser el 30 de Junio el fin de la colocación de los 150 mil iniciados el 1 de Enero del 2008, pues voy a depositar 2 puntos adicionales a los 150 mil, que corresponden a 1,500 por los 6 meses. De esta manera el rendimiento efectivo que tuviste por tu colocación fue de 14%.

O sea que el total del depósito será de $ 4,693.15.

Te pido entonces me confirmes por esta vía como y donde quieres que proceda a los depósitos o si prefieres que te entregue los cheques a ti personalmente y los depositas según tu preferencia.

Saludos

Moises Faidengold <<Diana Escorihuela Promissory Note 400K.pdf>>

GLORIA NICHOLS
Certified by the American Translators Association
Certified by the U.S. Federal Court
Master Interpreter and Translator, NJ Court

1131 SW 102 Court                                              tel: 305-226-7734
Miami, FL 33174                                                fax: 305-675-6110

## AFFIDAVIT OF TRANSLATOR

I, Gloria Nichols, do hereby state that I am a competent Spanish to English
Certified Court Interpreter, so qualified upon written and oral examinations by the
Administrative Office of the U.S. Courts, and likewise Certified as a translator upon
written examination in the above language combination by the American Translators
Association, my name being of record both at A.T.A. Headquarters in Alexandria,
Virginia and at the aforesaid Administrative Office of the U.S. Courts in Washington,
D.C., further meeting the requirements as a State of New Jersey Master Interpreter and
Translator, my name being registered with the Office of State Courts Administrator of the
State of New Jersey.

I further state that the attached Spanish into English translation of the foregoing
document is faithful and correct to the best of my knowledge, and was performed by me
to the best of my professional ability.

Gloria Nichols, Translator
U.S. Court Certification # 93-505
ATA # 31414

**STATE OF FLORIDA**            )
**COUNTY OF MIAMI-DADE**        )

Sworn to and subscribed before me by Gloria Nichols, known personally to me,
on this 6th day of January, 2012.

Notary Public State of Florida
John M Wermuth
My Commission EE070755
Expires 03/23/2015

Notary Public

Status

From: Moises Faidengold (mfaidengold@med-group.us)
Sent: Friday, June 20, 2008 15:30:18
To:    Diana Escorihuela (descorihuela@hotmail.com)
        Attached information:
        Diana Escorihuela Promissory Note 400K.pdf (414,4KB)

Good day, Diana,

Attached you will find the new receipt for the 400 thousand dollars that have been placed. I have the original in my possession and I will give it to you when you visit me next week when you are over here.

Also, next week I will make a deposit corresponding to the month of June. This deposit is somewhat different and I will describe it for you as follows:

| | |
|---|---|
| Monthly payment for 1% of the 150 thousand = | 1,500.00 |
| Pro-rating of an additional 150 thousand x 21 days= | 1,035.62 |
| Pro-rating of an additional 100 thousand x 20 days= | 657.53 |
| Total | 3,193.15 |

In addition, since June 30 is the ending date of placement of the 150 thousand which began on January 1, 2008, I am going to deposit 2 additional points to the 150 thousand, which comes to 1,500 for the 6 months. That way, the performance that you obtained for your placement was 14%.

In other words, the total deposit will be $4,693.15.

I therefore request that you confirm via e-mail how and where you want me to proceed with the deposits or if you prefer for me to give the checks to you in person and you can deposit them as you wish.

Best regards,

Moses Faidengold <<Diana Escorihuela Promissory Note 400K.pdf>>

[THIS IS THE END OF THE TRANSLATION]

# Dineros en cuenta

De:       **Moises Faidengold** (mfaidengold@med-group.us)
Enviado: miércoles, 11 de marzo de 2009 16:46:02
Para:     diana escorihuela (descorihuela@hotmail.com)

Hola Diana,

Por medio de la presente te indico que adicionalmente  a los fondos correspondientes a la nota DE-2009-02 por $ 710,000.00 debemos indicar que en el día de ayer fueron agregados $ 60,000.00.

El nuevo certificado te lo entregare personalmente la semana del 23 al 27 de Marzo cuando estaré en Caracas.

El nuevo certificado será por $ 770,000.00 y tendrá fecha de vencimiento Septiembre 30 del 2009.

Saludos

Moises Faidengold

GLORIA NICHOLS
Certified by the American Translators Association
Certified by the U.S. Federal Court
Master Interpreter and Translator, NJ Court

1131 SW 102 Court
Miami, FL 33174

tel: 305-226-7734
fax: 305-675-6110

## AFFIDAVIT OF TRANSLATOR

I, Gloria Nichols, do hereby state that I am a competent Spanish to English Certified Court Interpreter, so qualified upon written and oral examinations by the Administrative Office of the U.S. Courts, and likewise Certified as a translator upon written examination in the above language combination by the American Translators Association, my name being of record both at A.T.A. Headquarters in Alexandria, Virginia and at the aforesaid Administrative Office of the U.S. Courts in Washington, D.C., further meeting the requirements as a State of New Jersey Master Interpreter and Translator, my name being registered with the Office of State Courts Administrator of the State of New Jersey.

I further state that the attached Spanish into English translation of the foregoing document is faithful and correct to the best of my knowledge, and was performed by me to the best of my professional ability.

Gloria Nichols, Translator
U.S. Court Certification # 93-505
ATA # 31414

**STATE OF FLORIDA**                  )
**COUNTY OF MIAMI-DADE**        )

Sworn to and subscribed before me by Gloria Nichols, known personally to me, on this 6th day of January, 2012.

Notary Public State of Florida
John M Wermuth
My Commission EE070755
Expires 03/23/2015

Notary Public

Print message – Windows Live Hotmail                                    Page 1 of 1

Funds on Account

From: Moises Faidengold (mfaidengold@med-group.us)
Sent: Wednesday, March 11, 2009 16:46:02
To: Diana Escorihuela (descorihuela@hotmail.com)

Hi Diana,

This message is to indicate that in addition to the funds corresponding to note DE-2009-02 for $710,000.00 we should indicate that $60,000.00 were added yesterday.

I will deliver the new certificate to you personally the week of March 23 – 27, when I will be in Caracas.

The new certificate will be for $770,000.00 and will have an expiration date of September 30, 2009.

Regards,

Moises Faidengold

**[THIS IS THE END OF THE TRANSLATION]**

# EXHIBIT G

Note: DE-2009-06

**PROMISSORY NOTE**

**$ 900,000.00**                               **September 1ˢᵗ, Florida, as of Miami, 2009**

     **FOR VALUE RECEIVED**, the undersigned promises to pay to the order of **Diana Escorihuela**, the principal sum of **NINE HUNDRED THOUSANDS** ($ 900,000.00) **DOLLARS**, together with interest thereon from date, at the rate of **TWELVE** (12%) percent until maturity, being payable in lawful money of the United States; said principal and interest being payable on **Feb 28th, 2010**.

     This note may be prepaid in whole or in part at any time.

     This note and deferred interest payments shall bear interest at the rate of TWELVE (12%) percent, per annum from maturity until paid.

     Each maker and endorser severally waives demand, protest and notice of maturity, non-payment or protest and all requirements necessary to hold each of them liable as makers and endorsers.

     Each maker and endorser further agrees, jointly and severally, to pay all costs of collection, including a reasonable attorney's fee in case the principal of this note or any payment on the principal or any interest thereon is not paid at the respective maturity thereof, or in case it becomes necessary to protect the security hereof, whether suit be brought or not.

     This note is to be construed and enforced according to the laws of the State of Florida.

     This documents cancels and supersedes Note: DE-2009-05

Moisés Faidengold

Payable at:    Miami, Florida at the rate of 1% monthly in the following manner:
U.S. $ 1,500.00 to be deposited to Loan █████244-0 Bank United
U.S. $ 2,000.00 to be deposited to Acc █████574 Bank United Diamond Int777
U.S. $ 5,500.00 to be deposited to Acc █████495 Bank United Diana Esc
or such other place as shall be designated by the holder of this note in writing

    THIS DOCUMENT WILL BE VALID ONLY ONCE DIANA ESCORIHUELA
SIGNS AT THE BOTTOM, OTHERWISE IT REMAIN NULL AND VOID

# EXHIBIT H

Note: NR-2009-03

## PROMISSORY NOTE

$ 330,000.00                                     October 1ˢᵗ, Florida, as of Miami, 2009

**FOR VALUE RECEIVED,** the undersigned promises to pay to the order of **MARIA NANCY DE ASCENCAO RODRIGUES**, the principal sum of **THREE HUNDRED AND THIRTY THOUSANDS ($ 330,000.00) DOLLARS,** together with interest thereon from date, at the rate of **TEN POINT FIVE** (10.5%) percent until maturity, being payable in lawful money of the United States; said principal and interest being payable on **SEPTEMBER 30th, 2010.**

This note may be prepaid in whole or in part at any time.

This note and deferred interest payments shall bear interest at the rate of TEN POINT FIVE (10.5%) percent, per annum from maturity until paid.

Each maker and endorser severally waives demand, protest and notice of maturity, non-payment or protest and all requirements necessary to hold each of them liable as makers and endorsers.

Each maker and endorser further agrees, jointly and severally, to pay all costs of collection, including a reasonable attorney's fee in case the principal of this note or any payment on the principal or any interest thereon is not paid at the respective maturity thereof, or in ease it becomes necessary to protect the security hereof, whether suit be brought or not.

This note is to be construed and enforced according to the laws of the State of Florida

THIS CERTIFICATE CANCELS AND SUPERSEDES Note: NR-2008-02

Moises Faidengold

Payable at:     Miami, Florida at the rate of 0.88% monthly in the following manner:
Deposit made to accoun███████390 at BankUnited ABA ███████594 under the name of Maria Nancy Asencao Rodrigues

This note is being issued in a transaction outside of the United States to buyers outside the United States pursuant to the provisions of regulation "S" on the United States Securities and Exchange Commission. This note has not been registered pursuant the Securities Act of 1933, as amended (the "ACT"), or any state securities laws, and may not be offered, sold or otherwise transferred or hypothecated in the United States or to U.S. persons (other that distributors), unless and until the note is registered pursuant to the act and applicable state securities laws, or unless an exemption from the registration requirements of the act such laws is available.

INTERNAL REVENUE CODE PROVISION: We will keep a register of this note as to both principal and any stated interest. Lender may transfer this note but such transfer may only be effected by surrender of this Note to us by the transferor Lender, and by issuance by me of new Note with identical terms (other than the payee, which shall be the transferee rather than the transferor). This registration required is intended to qualify this note for the portfolio Interest exception of the U.S. Internal Revenue Code §881©(2)(B) and 871(h)(2)(B) and shall be interpreted accordingly.

# EXHIBIT I

## Pagos de Octubre

De:        **Moises Faidengold** (mfaidengold@med-group.us)
Enviado: viernes, 24 de octubre de 2008 15:23:03
Para:      diana escorihuela (descorihuela@hotmail.com)

Hola Diana,

Te informo que el dia martes 28 de Octubre se realizaran pagos correspondientes al mes de Octubre de la siguiente manera:

Hay una prorata de 5 dias por $ 19,650.00 a razón de 6.55 diario que totalizan 32.75 correspondiens a la transferencia que entro el dia 25 de Septiembre. Este monto no estaba contabilizado en el momento del pago del mes anterior (Sep 2008)

Hay otra prorata por 17 dias por $ 55,000.00 a razón de 18.33 diario que totalizan 311.67 por el cheque que fue ingresado en cuenta el dia 14 de Octubre.

La suma de estos dos cheques se depositara en la cuenta de Diana en Bank United.

Por otro lado, lo correspondiente al mes de Octubre es:

2,500.00 a la cuenta de la hipoteca, (con los mil adiconales para cubrir el mes adelantado)

500.00 a la cuenta de Diamond International (restando los mil que se depositaran en la cuenta de la hipoteca)

1946.50 a la cuenta de Diana Escorihuela.

Esto es el total de 494,650.00 (esto es: 475,000.00 mas 19,950.00 = 494,650.00)

A partir del mes de Noviembre, ya los depósitos se harán sin prorata, ya que los montos están ya todos enterados en las cuentas. Solo falta que em entregeues en efectivos los 350.00 la semana próxima.

Saludos

Moises

**GLORIA NICHOLS**
Certified by the American Translators Association
Certified by the U.S. Federal Court
Master Interpreter and Translator, NJ Court

1131 SW 102 Court                                         tel: 305-226-7734
Miami, FL 33174                                           fax: 305-675-6110

### AFFIDAVIT OF TRANSLATOR

I, Gloria Nichols, do hereby state that I am a competent Spanish to English Certified Court Interpreter, so qualified upon written and oral examinations by the Administrative Office of the U.S. Courts, and likewise Certified as a translator upon written examination in the above language combination by the American Translators Association, my name being of record both at A.T.A. Headquarters in Alexandria, Virginia and at the aforesaid Administrative Office of the U.S. Courts in Washington, D.C., further meeting the requirements as a State of New Jersey Master Interpreter and Translator, my name being registered with the Office of State Courts Administrator of the State of New Jersey.

I further state that the attached Spanish into English translation of the foregoing document is faithful and correct to the best of my knowledge, and was performed by me to the best of my professional ability.

Gloria Nichols, Translator
U.S. Court Certification # 93-505
ATA # 31414

**STATE OF FLORIDA**                    )
**COUNTY OF MIAMI-DADE**        )

Sworn to and subscribed before me by Gloria Nichols, known personally to me, on this 6th day of January, 2012.

Notary Public State of Florida
John M Wermuth
My Commission EE070755
Expires 03/23/2015

Notary Public

Print message – Windows Live Hotmail                                     Page 1 of 1

Payments for October

From: Moises Faidengold (mfaidengold@med-group.us)
Sent: Friday, October 24, 2008 15:23:03
To: Diana Escorihuela (descorihuela@hotmail.com)

Hi, Diana,

This is to inform you that on Tuesday, October 28, payments corresponding to the month of October were made as follows:

Pro-rating for 5 days for $19,650.00 at a rate of 6.55 per day, for a total of 32.75 corresponding to the transfer that came in on September 25.  This amount had not yet been entered into the accounting at the time of payment for the previous month (Sept. 2008).

Another pro-rating for 17 days for $55,000.00 at a rate of 18.33 per day, for a total of 311.67 for the check that was deposited in the account on October 14.

The sum of these two checks will be deposited in Diana's account at Bank United.

Also, the following is for the month of October:

2,500 to the mortgage account (along with the additional thousand in order to cover the month in advance)

500.00 to the Diamond International account (subtracting the thousand that will be deposited in the mortgage account)

1946.50 to the account of Diana Escorihuela

--This is the total of 494,659.00 (in other words: 475,000.00 plus 19,950.00 = 494.650.00)

Starting in November, the deposits will be made without pro-rating, since the amounts already are all deposited in the accounts.  The only thing that needs to be done is for you to give me the 350.00 in cash next week.

Regards,

Moises

**[THIS IS THE END OF THE TRANSLATION]**

## RV: RV: Deposito Junio

De:       Moises Faidengold (mfaidengold@med-group.us)
Enviado: martes, 30 de junio de 2009 01:54:52 p.m.
Para:    MARIA NANCY DE ASCENCAO RODRIGUEZ (marianancy68@hotmail.com)

Hola Nancy,

Por medio de la presente te informo del depósito hecho a tu cuenta el día de hoy correspondiente al mes de Junio 2009.

El monto fue total de  $ 2410.00, que conforman dos depósitos uno de $ 2075.00 mas $ 335.00

Por otro lado, en efecto la colocación vence el día 31 de Julio según me indico en su email anterior, por lo que los fondos solicitados por Ud. estarán a su disposición.

Favor revisar y confirmar.

Saludos

Moises Faidengold

GLORIA NICHOLS
Certified by the American Translators Association
Certified by the U.S. Federal Court
Master Interpreter and Translator, NJ Court

1131 SW 102 Court                                    tel: 305-226-7734
Miami, FL 33174                                      fax: 305-675-6110

## AFFIDAVIT OF TRANSLATOR

I, Gloria Nichols, do hereby state that I am a competent Spanish to English Certified Court Interpreter, so qualified upon written and oral examinations by the Administrative Office of the U.S. Courts, and likewise Certified as a translator upon written examination in the above language combination by the American Translators Association, my name being of record both at A.T.A. Headquarters in Alexandria, Virginia and at the aforesaid Administrative Office of the U.S. Courts in Washington, D.C., further meeting the requirements as a State of New Jersey Master Interpreter and Translator, my name being registered with the Office of State Courts Administrator of the State of New Jersey.

I further state that the attached Spanish into English translation of the foregoing document is faithful and correct to the best of my knowledge, and was performed by me to the best of my professional ability.

Gloria Nichols, Translator
U.S. Court Certification # 93-505
ATA # 31414

**STATE OF FLORIDA**                    )
**COUNTY OF MIAMI-DADE**         )

Sworn to and subscribed before me by Gloria Nichols, known personally to me, on this 6th day of January, 2012.

Notary Public State of Florida
John M Wermuth
My Commission EE070755
Expires 03/23/2015

Notary Public

FW: FW: June Deposit

From: Moises Faidengold (mfaidengold@med-group.us)
Sent: Tuesday, June 30, 2009 01:54:52
To:    MARIA NANCY DE ASCENCAO RODRIGUEZ (mariananacy68@hotmail.com)

Hi Nancy,

This message is to inform you of the deposit made to your account today, corresponding to the month of June, 2009.

The amount was for a total of $2,410.00 consisting of two deposits, one for $2,075.00 and another for $335.00.

Also, the placement will end on July 31 according to what you indicated in your previous e-mail, and therefore the funds you requested will be at your disposal.

Kindly review and confirm.

Greetings,

Moises Faidengold

**[THIS IS THE END OF THE TRANSLATION]**

# EXHIBIT J

## Re: infoemacion

De:      **Moises Faidengold** (mfaidengold@med-group.us)

Enviado: jueves, 19 de junio de 2008 17:23:07

Para:    diana escorihuela (descorihuela@hotmail.com)

OK, recibido.
Gracias
Moises Faidengold


On 6/19/08 1:15 PM, "diana escorihuela" <descorihuela@hotmail.com> wrote:

Hola moises por medio de este mail, te informo que con mi dinero que tu manejas, que para la
fecha de hoy, son 400 mil dolares, quiero que los intereses acordados por nosotros
mensualmente se depositen de la siguiente forma, 1500 dolares mensuales en la cuenta de
bank united que tu ya usas, para pagar intereses y abono de capital de mi apto en doral
florida.y los otros 2500 dolares que corresponden mensuales de intereses son para depositar de
la siguiente forma 500 dolares en la cta de bank united a nombre de diamond internacional
777, inc. N=███████574
y 2000 dolares, mensuales, en la cta de bank united a mi nombre DIANA ESCORIHUELA N=
███████495 .
y el regalito porcentual, por el manejo exitoso de estos dineros lo acordamos al vencer los 6
meses, en que cuenta depositaras, por fa enviame confirmacion de recibido este mail, y el papel
de compromiso con las fechas y montos precisos, muchas gracias...DIANA ESCORIHUELA  CI
█████361, VENEZOLANA TELEFONO 0416 6 075475...CARACAS VENEZUELA.

Sigue de cerca las últimas tendencias y lo que más rompe MSN Vídeo
<http://video.msn.com/video.aspx?mkt=es-es>

GLORIA NICHOLS
Certified by the American Translators Association
Certified by the U.S. Federal Court
Master Interpreter and Translator, NJ Court

1131 SW 102 Court                                    tel: 305-226-7734
Miami, FL 33174                                      fax: 305-675-6110

## AFFIDAVIT OF TRANSLATOR

I, Gloria Nichols, do hereby state that I am a competent Spanish to English Certified Court Interpreter, so qualified upon written and oral examinations by the Administrative Office of the U.S. Courts, and likewise Certified as a translator upon written examination in the above language combination by the American Translators Association, my name being of record both at A.T.A. Headquarters in Alexandria, Virginia and at the aforesaid Administrative Office of the U.S. Courts in Washington, D.C., further meeting the requirements as a State of New Jersey Master Interpreter and Translator, my name being registered with the Office of State Courts Administrator of the State of New Jersey.

I further state that the attached Spanish into English translation of the foregoing document is faithful and correct to the best of my knowledge, and was performed by me to the best of my professional ability.

Gloria Nichols, Translator
U.S. Court Certification # 93-505
ATA # 31414

**STATE OF FLORIDA**                    )
**COUNTY OF MIAMI-DADE**         )

Sworn to and subscribed before me by Gloria Nichols, known personally to me, on this 6th day of January, 2012.

Notary Public State of Florida
John M Wermuth
My Commission EE070755
Expires 03/23/2015

Notary Public

Print message — Windows Live Hotmail                                         Page 1 of 1

Re: information

From: Moises Faidengold (mfaidengold@med-group.us)
Sent: Thursday, June 19, 2008 17:23:07
To:    Diana Escorihuela (descorihuela@hotmail.com)

OK, received.
Thank you.
Moises Faidengold


On 6/19/08  1:15 p.m., Diana Escorihuela descorihuela@hjotmail.com wrote:

Hi, Moises.  I am hereby informing you that with my money that you manage, which as of today's date is
400 thousand dollars, I want the interests agreed to by us to be deposited monthly in the following
manner:  1,500 dollars monthly in the account at Bank United that you are already using, to pay interest
and principal on my apartment in Doral, Florida, and the other 2,500 dollars that accrue each month in
interest are to be placed as follows: 500 dollars in the Bank United account in the name of Diamond
International 777, Inc. No. ████ 574, and 2000 dollars monthly in the Bank United account in my
name, Diana Escorihuela, No. ████ 495.  And the agreed small percentage gift for the successful
management of those funds upon the expiration of 6 months, in which account you will deposit it?
Please send me confirmation of having received this e-mail, and the commitment letter with the exact
dates and amounts, thank you very much …DIANA ESCORIHUELA, Venezuelan Identity card No.
████ 361, Telephone 0416 6 075471…Caracas, Venezuela.

Follow from up close the breaking and latest trends on MSN Video
<http://video.msn.com/video.aspx?mkt+es-es>

[THIS IS THE END OF THE TRANSLATION]

# EXHIBIT K

## RE: NUEVO DEPOSITO

De:      **Moises Faidengold** (mfaidengold@med-group.us)
Enviado: miércoles, 21 de enero de 2009 14:33:59
Para:    MARIA NANCY DE ASCENCAO RODRIGUEZ (mariananancy68@hotmail.com)
CC:      diana escorihuela (descorihuela@hotmail.com)

Nancy/Diana,
En efecto el dia ayer entraron en caja los fondos de la transferencia que indico mas abajo.
Saludos
Moises

**De:** MARIA NANCY DE ASCENCAO RODRIGUEZ [mailto:mariananancy68@hotmail.com]
**Enviado el:** Sunday, January 18, 2009 9:46 PM
**Para:** Moises Faidengold
**Asunto:** FW: NUEVO DEPOSITO

---

From: marianancy68@hotmail.com
To: mfaidengold@med-group.us
Subject: NUEVO DEPOSITO
Date: Thu, 15 Jan 2009 23:54:50 -0400

Sr. Moises.

Realizamos un deposito a su cuenta el viernes 16 de 100.000 dolares, distribuidos en dos partes de 50.000 para la cuenta de la Sra. Diana Escorihuela y 50.000 para la cuenta de María De Ascencao, mucho le agradecería nos avisara cuando le lleguen estos depósitos que estimamos deben estar en su cuenta el martes 20 DE ENERO, los mismos quisieramos lo colocara por seis meses al 8% que conversamos, de todas formas cuando pueda me llama a mi celular, saludos Nancy.

---

Get news, entertainment and everything you care about at Live.com. Check it out!

Explore the seven wonders of the world Learn more!

**GLORIA NICHOLS**
Certified by the American Translators Association
Certified by the U.S. Federal Court
Master Interpreter and Translator, NJ Court

1131 SW 102 Court                                            tel: 305-226-7734
Miami, FL 33174                                             fax: 305-675-6110

## AFFIDAVIT OF TRANSLATOR

I, Gloria Nichols, do hereby state that I am a competent Spanish to English Certified Court Interpreter, so qualified upon written and oral examinations by the Administrative Office of the U.S. Courts, and likewise Certified as a translator upon written examination in the above language combination by the American Translators Association, my name being of record both at A.T.A. Headquarters in Alexandria, Virginia and at the aforesaid Administrative Office of the U.S. Courts in Washington, D.C., further meeting the requirements as a State of New Jersey Master Interpreter and Translator, my name being registered with the Office of State Courts Administrator of the State of New Jersey.

I further state that the attached Spanish into English translation of the foregoing document is faithful and correct to the best of my knowledge, and was performed by me to the best of my professional ability.

Gloria Nichols, Translator
U.S. Court Certification # 93-505
ATA # 31414

**STATE OF FLORIDA**                    )
**COUNTY OF MIAMI-DADE**         )

Sworn to and subscribed before me by Gloria Nichols, known personally to me, on this 6th day of January, 2012.

Notary Public State of Florida
John M Wermulh
My Commission EE070755
Expires 03/23/2015

Notary Public

Print message – Windows Live Hotmail                                Page 1 of 1

RE: NEW DEPOSIT

From: Moises Faidengold (mfaidengold@med-group.us)
Sent: Wednesday, January 21, 2009 14:33:59
To:    MARIA NANCY DE ASCENCAO RODRIGUEZ (mariananncy68@hotmail.com)
CC:    Diana Escorihuela (descorihuela@hotmail.com)

Nancy/Diana,
In effect, yesterday the funds were received from the transfer indicated below.
Regards
Moises


From: MARIA NANCY DE ASCENCAO RODRIGUEZ (mail to: mariananncy68@hotmail.com)
Sent: Sunday, January 18, 2009, 9:46 p.m.
To: Moses Faidengold
Subject: FW: NEW DEPOSIT

---

From: mariananncy68@hotmail.com
To: mfaidengold@med-group.us
Subject: NEW DEPOSIT
Date: Thu, 15 Jan 2009 23:54:50 – 0400

Mr. Moises.

We made a deposit to your account on Friday the 16th for 100,000 dollars, divided into two parts of 50,000 for the account of Mrs. Diana Escorihuela and 50,000 for the account of María De Ascencao. I would appreciate it very much if you would advise us when these deposits reach you; we estimate that they should be in your account on Tuesday, January 20. We would like to place these funds for six months at the 8% that we discussed. In any event, when you can, please call me on my cell phone. Regards, Nancy.

---

Get news, entertainment and everything you care about at Live.com. Check it out!

---

Explore the seven wonders of the world. Learn more!


**[THIS IS THE END OF THE TRANSLATION]**

# EXHIBIT L



Capture Date: 03/19/2010 Sequence #: 6792731927



Electronic Endorsements

| Date | Sequence | Bank # | BOFD | TRN | BankName |
|------|----------|--------|------|-----|----------|
| 03/19/2010 | 013040100 | 867 | Y | Y | CITY NATIONAL BANK O |
| 03/19/2010 | 006792731927 | 2822 | N | N | BANK OF AMERICA, NA |
| 03/22/2010 | 6618997760 | 146 | N | N | FEDERAL RES BANK OF |

No Payee Endorsements Found