ORDERED in the Southern District of Florida on  06/28/12  .



*Raymond B. Ray*
Raymond B. Ray, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

MOISES FAIDENGOLD,                    Case No. 11-44944-BKC-RBR

    Debtor.                               Chapter 7

_____/

DIANA EXCORIHUELA,                    Adv. Case No. 12-1259-RBR
MARIA NANCY DE
ASCENCAO RODRIGUEZ,
FRANCISCO RODRIGUEZ,

    Plaintiff(s).
vs.

MOISES FAIDENGOLD,
MARY FADENGOLD,
JAN S. NEIMEN,

    Defendant(s).

_____/

### ORDER TAKING MATTER UNDER ADVISEMENT

THIS MATTER came before the Court for a hearing on June 27, 2012, upon three separate Motions to Dismiss the Adversary proceeding (DE 30, DE31, and DE32) filed by the three individual Defendants in this adversary proceeding.

The first Motion (DE 30) came before the Court upon Defendant Jan S. Neiman's Motion to Dismiss Adversary Proceeding (DE 30), the Response thereto filed by Plaintiffs Maria Nancy De Ascencao Rodriguez, Diana Escorihuela, Francisco Rodriguez (DE 42), and Defendant Neiman's Reply (DE 43) to the Response (DE 42).

The second Motion (DE 31) came before the Court upon Defendant Moises Faidengold's Motion to Dismiss Adversary Proceeding (DE 31) and the Plaintiffs' Response thereto (DE 41).

The final Motion (DE 32) came before the Court upon Defendant Mary Faidengold's Motion to Dismiss Adversary Proceeding (DE 32) and the Plaintiffs' response thereto (DE 40).

After hearing from the parties, the Court took the matter under advisement and ordered the submission of proposed orders in Word or Word Perfect format emailed to RBR_Chambers@flsb.uscourts.gov by **July 16, 2012**.

These orders shall not be uploaded as e-orders to CM/ECF.

If the parties need additional time in submitting their orders, they shall file an Agreed Ex Parte Motion and upload an Agreed Order pursuant to the Local Rules.

The Plaintiffs shall submit three (3) separate submissions (i.e., Word or WordPerfect documents) addressing their opposition to each Motion. Each Defendant shall submit one (1) submission in support of their respective Motion. The submissions shall refer to the relevant docket entries of the Motion, Opposition, and Complaint(s).

###

Copies to:
Debtor
Trustee
Plaintiffs
Defendants