UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br><br>MOISES FAIDENGOLD,<br><br>    Debtor. | Case No. 11-44944-RBR<br><br>Chapter 7 |

| | |
|---|---|
| DIANA ESCORIHUELA, an individual, and<br>MARIA NANCY DE ASCENCAO RODRIGUEZ, an individual, and FRANCISCO RODRIGUEZ, and individual<br><br>    Plaintiffs,<br><br>vs.<br><br>MOISES FAIDENGOLD, an individual<br><br>    Defendant | Adversary No. 12−01259−RBR |

## NOTICE OF APPEAL

Plaintiffs, MARIA NANCY DE ASCENCAO RODRIGUEZ and DIANA ESCORIHUELA, appeal under 28 USC § 158 (a) from the Final Judgment Denying Objection to Discharge [DE 106] entered in this Adversary Proceeding on February 22, 2013.

The names of all the parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Paul L. Orshan on behalf of Debtor Moises Faidengold
150 Alhambra Circle, Suite 1150
Coral Gables, Florida 33134-4542

305.858.0220
plorshan@orshanpa.com, maria@orshanpa.com

Dated: March 7, 2013

                                              **GONZALEZ & WERMUTH**
Attorney for Appellants
and Francisco Rodriguez
8750 NW 36th Street, Suite 425
Miami, Florida 33178
Phone: (305) 715-7157
Fax: (305) 715-8982
E-Mail: michael@rgmwlaw.com


By: /s/ J. Michael Wermuth
     J. Michael Wermuth, Esq.
     Florida Bar No.:50768